NUMBER 13-00-632-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


IMELDA ALEJANDRE
, Appellant,


v.



JUAN SALAZAR, JR. AND GUADALUPE AGUIRRE
, Appellee.

____________________________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam


 Appellant, IMELDA ALEJANDRE, perfected an appeal from a
judgment entered by the 319th District Court of Nueces County, Texas,
in cause number 99-2300-G. After the record was filed, the parties filed
a joint motion to dismiss the appeal. In the motion, the parties state
that this case has been resolved and the parties no longer wish to
prosecute this appeal. The parties request that this Court dismiss the
appeal.

 The Court, having considered the documents on file and the joint 
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of December, 2000.